# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIRLON FURGUS, : | |
|       **Plaintiff,** : | |
|    v. : | Civ. No. 18-8974 |
| : | |
| DATWYLER PHARMA | |
| PACKAGING USA, INC. : | |
|       **Defendant.** : | |

## O R D E R

**AND NOW,** this 4th day of October, 2019, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**KATE BARKMAN**, Clerk of Court

**BY:** */s/ Richard C. Thieme*

Richard C. Thieme
Deputy Clerk

Civ 2 (8/2000)
41(b).frm