# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIRLON FURGUS, : | |
|         Plaintiff, : | |
| : | |
| v. : | Civ. No. 18-08974 |
| : | |
| DATWYLER PHARMA PACKAGING, : | |
| USA, INC., : | |
|         Defendant. : | |
| : | |

## O R D E R

**AND NOW**, this 28th day of October, 2019, it is hereby **ORDERED** that the Parties' Stipulation of Dismissal with Prejudice (Doc. No. 28) is **APPROVED** and **ADOPTED**. This case shall **REMAIN** closed consistent with my October 4, 2019 Order dismissing this matter with prejudice (Doc. No. 27).

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.